EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                | 2021 TSPR 151   |
|                       |                 |
| Javier Pérez Rojas    | 208 DPR _____   |

Número del Caso:  TS-9,428


Fecha:  24 de noviembre de 2021


Abogado del peticionario:

    Por derecho propio



Materia:  Reinstalación al ejercicio de la notaría,  condicionado a la prestación de una fianza notarial.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Javier Pérez Rojas

TS-9,428

RESOLUCIÓN

En San Juan, Puerto Rico, a 24 de noviembre de 2021.

Examinada la *Moción en Cumplimiento de Orden* presentada por el Lcdo. Javier Pérez Rojas y la *Moción en Cumplimiento de Orden* presentada por la Oficina de Inspección de Notarías, el Tribunal toma conocimiento. En consecuencia, **se autoriza** la reinstalación del peticionario al ejercicio de la notaría. Se advierte que la reinstalación a la notaría está condicionada a que el letrado acredite la adquisición de una fianza notarial buena y válida.

Además, se apercibe al licenciado Pérez Rojas de que en lo sucesivo deberá dar fiel cumplimiento a las disposiciones de la Ley Notarial y su Reglamento.

Notifíquese inmediatamente.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez no intervino.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo